390 A.2d 304

Estate of Yetter v. Donahue.
Yetter, Appeal of.

Argued March 21, 1978. M. Yanoff, with him Nor-

man Ashton Klinger, for appellant;  J. Hylan, with him Paul C. Vangrossi, for appellee.

Order affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.